UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRACTUS, SA.,

                                 Plaintiff,

        - against -

SAMSUNG ELECTRONICS CO., LTD, et al.

                               Defendants.
-----------------------------------------------------------x

Misc. No.

6:09-CV-203-LED
(Eastern District of Texas Civil Action No.)

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Research In Motion, Ltd. and Research in Motion Corporation, by and through their attorneys, hereby submit the disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

Research in Motion, Ltd., a publicly traded Canadian corporation, is the parent corporation of Research in Motion Corporation and owns 10% or more of Research in Motion Corporation's stock. Research in Motion, Ltd. has no parent corporation.

Dated: December 10, 2010

                                                  VINSON & ELKINS L.L.P.

                                                  By: _____
                                                  Michael V. Rella
                                                  666 Fifth Avenue, 26th Floor
                                                  New York, New York 10103
                                                  Tel: (212) 237-0000
                                                  Fax: (212) 237-0100

                                                  David Tobin
                                                  Trammell Crow Center
                                                  2001 Ross Avenue, Suite 3700
                                                  Dallas, Texas 75201
                                                  Tel: (214) 220-7949

Fax: (214) 999-7949

*Attorneys for Defendants*
   *Research In Motion Corp. and Research In Motion Ltd.*